McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
JAN 2 4 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RICK GLENN VARDELL,

    Defendant.

CASE NO. 2:19-CR-0023 MCE

21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone (Three Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Hydrocodone; 18 U.S.C. § 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

# I N D I C T M E N T

COUNT ONE: [21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone]

    The Grand Jury charges: T H A T

RICK GLENN VARDELL

defendant herein, on or about August 26, 2018, in Yuba County, State and Eastern District of California, did knowingly and intentionally distribute hydrocodone, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///
///
///
///
///

INDICTMENT

1

1  COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone]

2  The Grand Jury further charges: T H A T

3  RICK GLENN VARDELL

4  defendant herein, on or about September 10, 2018, in Yuba County, State and Eastern District of
5  California, did knowingly and intentionally distribute hydrocodone, a Schedule II Controlled Substance,
6  in violation of Title 21, United States Code, Section 841(a)(1).

7  COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone]

8  The Grand Jury further charges: T H A T

9  RICK GLENN VARDELL

10  defendant herein, on or about December 20, 2018, in Yuba County, State and Eastern District of
11  California, did knowingly and intentionally distribute hydrocodone, a Schedule II Controlled Substance,
12  in violation of Title 21, United States Code, Section 841(a)(1).

13  COUNT FOUR: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Hydrocodone]

14  The Grand Jury further charges: T H A T

15  RICK GLENN VARDELL,

16  defendant herein, on or about January 18, 2019, in Yuba County, State and Eastern District of
17  California, did knowingly and intentionally possess with intent to distribute hydrocodone, a Schedule II
18  Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

19  COUNT FIVE: [18 U.S.C. § 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime]
20

21  The Grand Jury further charges: T H A T

22  RICK GLENN VARDELL,

23  defendant herein, on or about January 18, 2019, in Yuba County, State and Eastern District of
24  California, did knowingly possess a firearm, specifically, a Smith and Wesson, .357 Magnum handgun,
25  with serial number DCD2738, in furtherance of a drug trafficking crime which may be prosecuted in a
26  court of the United States, that is, (1) distribution of hydrocodone and (2) possession with intent to
27  distribute hydrocodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, as
28  / / /

INDICTMENT  2

charged in Counts One through Five of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, defendant RICK GLENN VARDELL shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendant is convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendant is convicted.

2. Upon conviction of the offense alleged in Count Five of this Indictment, defendant RICK GLENN VARDELL shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

3. If any property subject to forfeiture, as a result of the offense alleged in Counts One through Six of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

///

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

No. 2:19-CR-0023 MCE

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### RICK GLENN VARDELL

## I N D I C T M E N T

**VIOLATION(S):**
21 U.S.C. § 841(a)(1) – Distribution of Hydrocodone (Three Counts);
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Hydrocodone;
18 U.S.C. § 924(c)(1) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* 24 *day of* JANUARY *, A.D. 20* 19

*Clerk.*

*Bail, $*

**NO PROCESS NECESSARY**

GPO 863 525

# United States v. Rick Vardell
## Penalties for Indictment

### COUNTS 1-3:

VIOLATION:       21 U.S.C. §§ 841(a)(1) and 846 – Distribution of Hydrocodone

PENALTIES:       A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 4:

VIOLATION:       21 U.S.C. §§ 841(a)(1) and 846 - Possession with Intent to Distribute Hydrocodone

PENALTIES:       A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### COUNT 5:

VIOLATION:       18 U.S.C. § 924(c)(1) – Possession of a firearm in furtherance of a drug trafficking crime

PENALTIES:       Mandatory consecutive five years to life in prison, consecutive to Counts One, Two, Three, and Four;
Fine of up to $250,000, or both fine and imprisonment;
Term of Supervised release of up to five years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION:       21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:       As stated in the charging document