10787948

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

Rick Glenn Vardell

*Defendant*

Case No. 2:19-MJ-0016 EFB

FILED
JAN 17 2019

JAN 25 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rick Glenn Vardell,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Distribution of approximately 400 10 milligram Hydrocodone tablets (218.8 gross grams), a Schedule II Controlled Substance, on August 26, 2018, in violation of 21 U.S.C. § 841(a)(1).

Count Two: Distribution of approximately 590 10 milligram Hydrocodone tablets (380 gross grams), a Schedule II Controlled Substance, on September 10, 2018, 21 U.S.C. § 841(a)(1).

Count Three: Distribution of approximately 1000 10 milligram Hydrocodone tablets (498.9 gross grams), a Schedule II Controlled Substance, on December August 26, 2018, 21 U.S.C. § 841(a)(1).

Date: 1-17-2019

*Issuing officer's signature*

City and state: Sacramento, California

Edmund F. Brennan, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 1/18/19
at *(city and state)* Yuba City, CA.

Date: 1/18/19

*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*