McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICK GLENN VARDELL,<br><br>        Defendants. | 2:19-CR-00023-MCE<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through McGregor W. Scott, United States Attorney for the Eastern District California, and Kevin C. Khasigian, Assistant U.S. Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 21 U.S.C. § 853(a).  The United States hereby gives notice that upon the conviction of RICK GLENN VARDELL, it will also seek forfeiture of the following property pursuant to the forfeiture provisions contained in the Indictment, including, but not limited to:

        a.    Real property located at 1305 Country Club Road, Olivehurst, California, Yuba County, APN: 014-391-010-000.

Dated:  4/18/2019

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Bill of Particulars