ROBERTO MARQUEZ (SBN.: 131195)
Law Firm of Roberto Marquez
613 D Street
Marysville, CA 95901
530.749.8766 / 530.743.1364
robertomarquez@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICK GLENN VARDELL,<br><br>Defendant | Case No.: 2:19-CR-00023-MCE<br><br>STIPULATION AND CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: JULY 25, 2019<br>TIME: 10:00 A.M.<br>COURT: HON. MORRISON C. ENGLAND, JR. |

Plaintiff United States of America, by and through its counsel of record, and defendant Rick Glenn Vardell, by and through his counsel of record, hereby stipulate as follows:

1. By previous orders, this matter was set for status conference on July 25, 2019.

2. By this stipulation, defendant Rick G. Vardell seeks to move to continue the status conference and to exclude time between July 25, 2019 and September 19, 2019 at 10:00 A.M., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACTDATE: JULY 25, 2019TIME: 10:00 A.M.COURT: HON. MORRISON C. ENGLAND, JR. - 1

a) Defendant's counsel needs to consult with his client, conduct investigation, review discovery as well as continuing the discussions regarding the resolution of this case.

b) Counsel for defendant Rick Glenn Vardell believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 25, 2019 to September 19, 2019 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 23, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

STIPULATION AND CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACTDATE: JULY 25, 2019TIME: 10:00 A.M.COURT: HON. MORRISON C. ENGLAND, JR. - 2

Dated: July 23, 2019                                              /s/ ROBERTO MARQUEZ
                                                                  ROBERTO MARQUEZ
                                                                  Counsel for Defendant
                                                                  RICK GLENN VARDELL,

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from July 25, 2019 to September 19, 2019 inclusive shall be excluded from computation of time within which the trial of the case of Rick Glenn Vardell must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

Dated: July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACTDATE:  JULY 25, 2019TIME:  10:00 A.M.COURT:  HON. MORRISON C. ENGLAND, JR. - 3