ROBERTO MARQUEZ
ATTORNEY AT LAW
STATE BAR NO. 131195
613 D STREET
MARYSVILLE, CA 95901
TEL: (530) 749-8766
FAX: (530) 743-1364

Attorney for Defendant,
Rick Glenn Vardell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>RICK GLENN VARDELL,<br><br>         Defendant. | No.  2:19-CR-00023-MCE<br><br>**DEFENDANT RICK GLENN VARDELL'S REQUEST TO PROCEED WITH THE JANUARY 07, 2021 STATUS CONFERENCE HEARING VIA VIDEOCONFERENCE OR OTHER MEANS, WAIVER OF HIS PERSONAL APPEARANCE, AND CONSENT FOR MR. VARDELL'S ATTORNEY TO SIGN HIS NAME ELECTRONICALLY, AND TO SIGN MR. VARDELL'S CONSENT OR WAIVER ON HIS BEHALF; AND PROPOSED ORDER**<br><br>Judge:  Honorable Morrison C. England, Jr. |

Pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, H.R. 748 (March 27, 2020), and the Court's General Orders 611-616, defendant Rick Glenn Vardell hereby requests that the Court proceeds with the January 07, 2021 status conference, and permits him to appear by videoconference or appear telephonically if VTC is not reasonably available.  In General Order 614, the Court found that such hearings generally cannot be conducted in person in this district without seriously jeopardizing public health and safety.  Due to the coronavirus pandemic and other considerations as set forth in General Orders 614 and 616, the Court authorized the use

1  of videoconferencing or other means to conduct proceedings remotely with defense counsel and
2  defendants sometimes in separate locations.

3  In General Order 616, the Court found that, due to the public health situation relating to
4  COVID-19, it may be impracticable, if not impossible, to obtain defendants' actual signatures on
5  documents for consent or waiver of certain rights in a timely and safe manner as required by some
6  Federal Rules of Criminal Procedure.  As a result, the Court found that any document may be
7  signed electronically using the format "/s/ name," where a defendant's signature is called for,
8  defense counsel may sign electronically on the defendant's behalf using the format "/s/ name" and
9  file the signed document electronically after defendant has an opportunity to consult with counsel,
10 and consents to counsel's signing on defendant's behalf, and where consent or waiver is not
11 explicitly required to be in writing, such consent or waiver may be obtained in whatever form is
12 most practicable under the circumstances, so long as the defendant's consent or waiver is clearly
13 reflected on the record.

14 Mr. Vardell has told counsel that he consents to the January 07, 2021 status conference
15 hearing via the videoconference/teleconference procedure set forth in the CARES Act and adopted
16 by the Court in General Order 614.  That consent need not be in writing.  (Gen. Order 614, p. 2.)
17 To the extent that Mr. Vardell has a right to have the Judge be personally present in Court at the
18 time of the status conference hearing, he waives that right, whether it arises under the Federal
19 Rules of Criminal Procedure, the United States Code, the U.S. Constitution, or any other law.  He
20 further waives any claim of error, on any basis, that these hearings should not have been held
21 without the Judge or parties being physically present in Court.

22 Mr. Vardell has also told counsel that he consents to his counsel signing electronically on
23 Mr. Vardell's behalf, and that where Mr. Vardell's consent or waiver is not explicitly required to
24 be in writing, such consent or waiver may be obtained in whatever form is most practicable under
25 the circumstances as set forth in General Order 616.

26 I hereby concur in Mr. Vardell's request to proceed with the January 07, 2021 status
27 conference hearing via videoconference or other means, waiver of his personal appearance, and
28 consent for his attorney to sign Mr. Vardell's name electronically and to sign Mr. Vardell's

consent or waiver on his behalf.

Respectfully Submitted,

Date: December 30, 2020.  /s/ Roberto Marquez
ROBERTO MARQUEZ

Attorney for Defendant
Rick Glenn Vardell

I agree to the above. I also hereby request that the Court proceeds with the January 07, 2021 status conference hearing via videoconference or other means, I waive my personal appearance at the January 07, 2021 status conference hearing, and I consent to my attorney signing my name electronically for my consent or waiver.

Respectfully Submitted,

Date: December 30, 2020.  /s/ Rick Glenn Vardell
DEFENDANT RICK GLENN VARDELL


## ORDER

For good cause shown, the Court hereby specifically finds that:

a) The status conference hearing in this case may proceed on January 07, 2021;

b) Defendant Rick Glenn Vardell has waived his physical appearance at the January 07, 2021 status conference hearing and consents to remote hearing by Videoconference; and

c) Defendant Rick Glenn Vardell consents for his attorney to sign Mr. Vardell's name electronically and to sign Mr. Vardell's consent or waiver on his behalf.

Therefore, based on the findings above, and under the Court's authority under Section 15002(b) of the CARES Act and General Order 614, the January 07, 2021 status conference hearing will be conducted by Videoconference.

IT IS SO ORDERED.

Dated: January 4, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE