PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RICK GLENN VARDELL,<br><br>            Defendant. | CASE NO. 2:19-CR-00023-KJM<br><br>STIPULATION TO SET STATUS AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 13, 2022<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 13, 2022, in front of Judge Morrison C. England Jr. On its own motion, the Court vacated the status and reassigned the case to Judge Kimberly J. Mueller.

2. By this stipulation, the defendant now moves to set the status in front of Judge Mueller on February 14, 2022, and to exclude time between January 13, 2022, and February 14, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case

///

includes over 800 pages, including reports, photographs, and recordings. The discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant would like additional time to review the evidence, discuss resolution options, research potential sentencing issues, conduct independent factual investigation, and otherwise prepare for trial. Defense counsel also needs additional time to conduct legal research into the proof requirements for the 18 U.S.C. § 924(c) to prepare for trial and for purposes of negotiating a resolution. Finally, given the recent COVID-19 surge, trial preparation has been made more difficult and taken longer to complete.

  c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 13, 2022 to February 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 10, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: January 10, 2022

/s/ Roberto Marquez
Roberto Marquez
Counsel for Defendant
RICK GLENN VARDELL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED. The status is reset for February 14, 2022 at 9:00 a.m. in front of Judge Mueller, time between January 13, 2022, and February 14, 2022, is excluded.

DATED: January 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE