1  WILLIAM J. PORTANOVA, State Bar No. 106193
   PORTANOVA & ASSOCIATES
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Wjp@Portanova.com
5
   Attorney for Defendant
6  RICK VARDELL

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | No.  2:19-CR-00023-KJM

12 |         Plaintiff,                | STIPULATION AND [PROPOSED] ORDER
                                        TO REMOVE PRETRIAL CONDITION
13 |     v.                            |

14 | RICK VARDELL,                     |

15 |         Defendant.                |

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant,

18 Rick Vardell, by and through his counsel of record, upon the recommendation of Pretrial

19 Services, stipulate and request that the condition requiring Mr. Vardell to submit to drug and/or

20 alcohol testing be removed.

21     Mr. Vardell has been subject to supervision since 2019.  During this time period he has

22 been subject to random drug testing and all tests have been negative.  Pretrial Services believes

23 this condition of release is no longer necessary.

24 // // //

25 // // //

26 // // //

27 // // //

28

                                                1

1  DATED: August 9, 2022               Respectfully submitted,

2                                      */s/ William J. Portanova*
                                       WILLIAM J. PORTANOVA
3                                      Counsel for Defendant
                                       RICK VARDELL
4

5  DATED: August 9, 2022               PHILLIP A. TALBERT
                                       United States Attorney
6

7                                      */s/ Cameron L. Desmond*
                                       CAMERON L. DESMOND
8                                      Assistant United States Attorney

9

10                          **FINDINGS AND ORDER**

11     IT IS SO FOUND AND ORDERED.

12

13  DATED: August 9, 2022

14
                                       _____
15                                     HONORABLE JEREMY D. PETERSON
                                       United States Magistrate Judge
16

2