WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
wjp@portanova.com

Attorney for Defendant
RICK VARDELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-00023-KJM |
| Plaintiff, | ) ) ) | **REQUEST FOR CONSIDERATION OF VIDEO FOR SENTENCING** |
| RICK VARDELL, | ) ) | |
| Defendant. | ) ) | |

**I.**

Defendant Rick Vardell, by and through his attorney, respectfully requests that this court consider at sentencing video materials prepared for that purpose. The video materials consist of background and character witnesses whose testimony's character was such that a written summation would not have adequately captured the intent of their statements. This material was previously provided to Probation Officer Erica Tatum and was relied upon by her in the drafting of her Presentence Investigation Report. In order that the court properly have before it all material relevant to its deliberation at Judgment and Sentencing, we would ask that the court review this video material.

While we understand that this request is being made on short notice, we would humbly ask the court's courtesy in considering it on an expeditated basis.

IT IS SO REQUESTED.

Dated: March 28, 2024                                        Respectfully submitted,

*/s/ William J. Portanova*
WILLIAM J. PORTANOVA
Attorney for Defendant
RICK VARDELL

\* \* \*

The video materials are made a part of the record for sentencing in this matter. The court will clarify at the time of sentencing if it has been able to review the materials, being unable to do so at this time without knowing the length.

IT IS SO ORDERED.

Dated: April 2, 2024.

CHIEF UNITED STATES DISTRICT JUDGE