PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
EMILY G. SAUVAGEAU
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00023-KJM |
|---|---|
| Plaintiff, | STIPULATION AND MOTION TO DISMISS REMAINING COUNTS; [PROPOSED] ORDER |
| v. | COURT: Hon. Kimberly J. Mueller |
| RICK GLENN VARDELL, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter was set for judgment and sentencing on April 15, 2024. The parties appeared and the Court imposed sentence upon the defendant's conviction for Count Five of the indictment.

2. Pursuant to the plea agreement, the government moves to dismiss the remaining counts in the pending indictment, specifically, Counts One through Four.

3. The defendant joins in the motion.

///

///

///

///

4. The parties agree and stipulate, and request that the Court dismiss Counts One through Four of the pending Indictment.

IT IS SO STIPULATED.

Dated: April 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ Emily G. Sauvageau
EMILY G. SAUVAGEAU
Assistant United States Attorney

Dated: April 15, 2024

/s/ William J. Portanova
William J. Portanova
Counsel for Defendant
RICK GLENN VARDELL

[PROPOSED] ORDER

IT IS SO ORDERED this 15th day of April, 2024

THE HONORABLE KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT JUDGE