WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
RICK GLENN VARDELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00023-KJM |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE OF PASSPORT AND TO EXONERATE BOND** |
| v. | |
| RICK GLENN VARDELL, | |
| Defendant. | |

**ORDER**

It is hereby ordered that the district court clerk's office return defendant Rick Vardell's passports, nos. 212405308 and 523004949, respectively, to him, his attorney, William J. Portanova, or his representative and that his co-signed $50,000.00 unsecured bond in this case is exonerated.

DATED: March 24, 2025.

UNITED STATES DISTRICT JUDGE

1